**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

**In re:
DIANE LINETTE PEOPLES,**

    **Debtor.**

**CHAPTER 7**

**CASE NO. 07-72055-SCS**

**GMAC MORTGAGE, LLC,**

    **Plaintiff/Movant.**

**vs.**

**DIANE LINETTE PEOPLES
TOM C. SMITH, JR., ESQUIRE, TRUSTEE,**

    **Defendants.**

## ORDER TO WITHDRAW MOTION FOR RELIEF WITHOUT PREJUDICE

Upon Motion of GMAC Mortgage, LLC, by Counsel, it is **ORDERED** that the Motion for Relief is hereby withdrawn without Prejudice, in view of the discharge of the Debtor on January 25, 2010, the no asset report of the Trustee, filed on November 18, 2009 and the imminent closing of the subject bankruptcy case.

DATED: Mar 9 2010

/s/ Stephen C. St.John

JUDGE
**NOTICE OF JUDGMENT OR ORDER
Entered on Docket**
Mar 10, 2010

I ask for this:

### /s/ D. Carol Sasser

Samuel I. White, P. C.
D. Carol Sasser, Esquire, VSBN 28422
Counsel for GMAC Mortgage, LLC
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA 23462

Seen and Agreed:

D. Carol Sasser, Esquire
Counsel for Plaintiff
Samuel I. White, P.C.
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA 23462
State Bar #28422
(757) 490-9284

**/s/ Neil K. Winchester**

Neil K. Winchester, Esquire
Counsel for Debtor
500 East Main Street
Suite 1600
Norfolk, VA 23510

**/s/ Tom C. Smith, Jr.**

Tom C. Smith, Jr., Esquire
Chapter 7 Trustee
Post Office Box 1506
Virginia Beach, VA 23451-9506

CERTIFICATE

I certify that this proposed Order has been endorsed by all parties involved in this proceeding.

**/s/ D. Carol Sasser**

Samuel I. White, P. C.

The Clerk shall mail a copy of the entered Order to the following:

Tom C. Smith, Jr., Esquire
Chapter 7 Trustee
Post Office Box 1506
Virginia Beach, VA 23451-9506

Neil K. Winchester, Esquire
Counsel for Debtor
500 East Main Street
Suite 1600
Norfolk, VA 23510

Diane Linette Peoples
Debtor
1824 Nansemond Parkway
Suffolk, VA 23434

D. Carol Sasser, Esquire
Counsel for GMAC Mortgage, LLC
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA 23462

# CERTIFICATE OF NOTICE

```
District/off: 0422-8          User: griffinv           Page 1 of 1                Date Rcvd: Mar 10, 2010
Case: 07-72055                Form ID: pdforder        Total Noticed: 1
```

The following entities were noticed by first class mail on Mar 12, 2010.
db         +Dianne Linette Peoples,   1824 Nansemond Parkway,   Suffolk, VA 23434-2116

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 12, 2010**                           **Signature:**    _Joseph Speetjens_